LUELLA WILLIAMS, Respondent, v. RICHARD L. SMITH et al., Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $12,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to any party, on the ground that the verdict is excessive. All concur. (Appeals from a judgment for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

In the Matter of G. DANIEL GAMBET et al., Respondents, against BIRDIE DUNCAN et al., Constituting Inspectors of Election, Appellants.— Order affirmed, without costs of this appeal to any party. (See *Matter of Robbins* v. *Chamberlain*, 297 N. Y. 108.) All concur. (Appeal from an order granting petitioners' motion that they be registered for voting purposes in the town of Lewiston.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

■

JAMESTOWN VENEER AND PLYWOOD CORPORATION, Respondent, v. INSURANCE COMPANY OF NORTH AMERICA et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See *ante,* p. 874.]

■

BOARD OF EDUCATION OF THE CITY OF SYRACUSE, Plaintiff, v. CHESTER H. KING, as Auditor of the City of Syracuse, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 458.]